

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CARLOS WHITCOMB, | § | No. 08-16-00198-CR |
| Appellant, | § | Appeal from the |
| v. | § | 331st District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| State. | § | (TC# D-1-DC-16-904034) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Dal Ruggles, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before Mary 11, 2017.

IT IS SO ORDERED this 11th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.